Mark S. Olinsky
SILLS CUMMIS & GROSS P.C.
One Riverfront Plaza
Newark, New Jersey 07102
(973) 643-7000

James Galbraith
Robert V. Cerwinski
David H. Silverstein
KENYON & KENYON LLP
One Broadway
New York, NY 10004
(212) 425-7200
Attorneys for Defendant
Roxane Laboratories, Inc.

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| MEDEVA PHARMA SUISSE, A.G., and PROCTER & GAMBLE PHARMACEUTICALS, INC.<br><br>Plaintiffs,<br><br>-vs-<br><br>ROXANE LABORATORIES, INC.<br><br>Defendant. | Civil Action No. 3:07-CV-05165 (FLW)(TJB)<br><br>**NOTICE OF MOTION TO SEAL** |

PLEASE TAKE NOTICE that at such time as the Court my set, Defendant Roxane Laboratories, Inc. ("Roxane") will move before the Honorable Tonianne J. Bongiovanni, U.S.M.J. for an Order pursuant to Local Civil Rules 5.3(c) and 7.1 to seal materials. Pursuant to L. R. 7.1(d)(4), no legal brief is required because all relevant proposed findings of fact and conclusions of law required by Local Rule 5.3(c)(2) have been put forth in the Declaration of David H. Silverstein.

PLEASE TAKE FURTHER NOTICE that the moving party shall rely upon the accompanying Declaration of David H. Silverstein, as well as all other pleadings and memoranda on file in this matter.

> SILLS CUMMIS & GROSS P.C.
> One Riverfront Plaza
> Newark, New Jersey 07102-5400
> Telephone: (973) 643-7000
> Facsimile: (973) 643-6500
>
> BY: s/ Mark S. Olinsky
>     MARK S. OLINSKY
>
> James Galbraith
> Robert V. Cerwinski
> Huiya Wu
> KENYON & KENYON LLP
> One Broadway
> New York, NY 10004
> Telephone: (212) 425-7200
> Fax: (212) 425-5288
>
> *Attorneys for Roxane Laboratories, Inc.*

Dated: February 12, 2010